# WARREN & VULLINGS, LLP

Attorneys At Law

93 OLD YORK ROAD
SUITE 333
JENKINTOWN, PENNSYLVANIA  19046
(215) 745-9800
FAX (215) 745-7880

BRUCE K. WARREN ★▼
BRENT F. VULLINGS ★♦

★ Admitted in PA, NJ
▼ Admitted in NY
♦ Admitted in DC

NEW JERSEY OFFICE:
57 COOPER STREET
WOODBURY, NJ 08096
856-858-2488
856-858-1148 FAX

COLLEGEVILLE OFFICE:
3953 RIDGE PIKE
SUITE 102
COLLEGEVILLE, PA  19426
610-489-6006
610-489-1997 FAX

February 13, 2012

Honorable Lois H. Goodman
United States District Court
District of New Jersey
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street, Room 2020
Trenton, NJ  08608

   **Re:** **Vallapando, Grace v. Professional Bureau of Collections, Inc.**
      **Docket No. 3:11-cv-05208**

Your Honor:

  Kindly be advised that the above referenced matter has settled.  The parties are working on finalizing a Settlement Agreement.  We respectfully request that the status conference scheduled for tomorrow, February 14, 2012 at 11:00 a.m. be cancelled.

  Thank you for your time and consideration in this matter.

         Sincerely,

         /s/ *Brent Vullings*
         Brent F. Vullings, Esq.

BFV:tm