# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY
### TRENTON

RECEIVED

MAR 1 2 2012

AT 8:30_____M
WILLIAM T. WALSH
CLERK

GRACE VALLAPANDO                                  CIVIL 11-5208(AET)

v.

PROFESSIONAL BUREAU OF COLLECTIONS,               O R D E R
INC.

It appearing that it has been reported to the Court that the above-captioned matter has been settled,

It is on this 9TH day of March 2012,

ORDERED that this action be and is hereby dismissed, without costs and without prejudice to the right, upon good cause shown within 60 days, to reopen the action if the settlement is not consummated. The Court shall retain jurisdiction over this matter for the purpose of enforcing the settlement.

ANNE E. THOMPSON, U.S.D.J.